

100 WALL STREET<br>
SUITE 700<br>
NEW YORK, NEW YORK 10005<br>
Tel: (212) 858-7769<br>
Fax: (212) 858-7543<br>
ManningKass.com

March 28, 2025

> The request to seal Exhibit E is granted.
>
> SO ORDERED:
>
> 04/01/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Allstate Insurance Co., et al. v. Charles Deng et al.*, 25-mc-137 (GHW)
          <u>Application to File Motion Exhibits Under Seal</u>

Dear Judge Woods:

    Along with Cadwalader Wickersham and Taft LLP, we represent Petitioners in the above-referenced matter and write pursuant to Rule 4.A.ii of the Court's individual practices to request permission to file an exhibit under seal related to Petitioners' Motion to Compel Compliance with document subpoenas issued to Charles Deng and Charles Deng Acupuncture, P.C. ("Respondents") on December 20, 2024 ("Motion to Compel"). Exhibit "E" (ECF No. 3-5), identified in the Declaration of Lee Pinzow in Support of Petitioners' Motion to Compel ("Pinzow Decl."), is the exhibit Petitioners seek to file under seal. Petitioners omitted Exhibit "E" as required for confidential documents pursuant to a Confidentiality Order issued in the underlying matter, *Allstate Ins. Co. et al. v. Rybak, et al.*, 22-CV-04441 (SJB) (hereinafter the "Rybak Matter"), pending in the Eastern District of New York (ECF No. 66), as it contains confidential bank records and financial information of the Respondents, obtained through discovery in the Rybak Matter. A copy of the Confidentiality Order is annexed hereto as Exhibit "1." As these records and information are deemed confidential in the Rybak Matter, Petitioners respectfully request leave to file Exhibit "E" under seal, at the ECF Viewing Level "Ex Parte,"[1] consistent with the

---

[1] When Petitioners serve the Motion to Compel on the Respondents (with a cover page for Exhibit "E" indicating it is the subjection of an application to file a document under seal), Petitioners will provide the

DALLAS
901 Main Street, Ste 6350
Dallas, TX 75202
(214) 953-7669

LOS ANGELES
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

ORANGE COUNTY
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

PHOENIX
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

SAN DIEGO
225 Broadway, Suite 2000
San Diego, CA 92101
(619) 515-0269

SAN FRANCISCO
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
(415) 217-6990



March 28, 2025
Page 2

procedure set by the Confidentiality Order for use of confidential information and documents in legal papers.²

    We thank the Court for its consideration in this regard.

                                            Respectfully Submitted,

                                            **MANNING │ KASS**

                                            /s/ Lee P. Pinzow

                                            Lee  Pinzow, Esq.

---

Respondents with a copy of the Confidentiality Order entered in the Rybak Matter and the opportunity to elect to be bound by the order, thus permitting Petitioners to disclose to the Respondents the confidential documents and information contained in Petitioners' Exhibit "E." *See* Exhibit. 1 at §§ 5, 6, 11.

² Section 11 of the Confidentiality Order directs the party seeking to introduce confidential documents and information in a court filing to file unredacted papers and documents under seal and simultaneously file a redacted version with the confidential information omitted. *See* Exhibit. 1 at §11.